# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0887
Lower Tribunal No. 2015-DR-000207

_____

MAARTEN A. PETERS,

Appellant,

v.

BLANCA LORENA PETERS,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Lee County.
John S. Carlin, Judge.

May 15, 2026

PER CURIAM.

Maarten A. Peters (Former Husband) appeals the trial court's order granting Blanca Peters's (Former Wife) Motion for Temporary Relief and further challenges the trial court's denial of his April 14, 2025, motion to disqualify. We affirm the order of modification. Insofar as Former Husband seeks review of the order denying his motion to disqualify, we treat the notice of appeal as a petition for writ of prohibition and deny it on the merits. *Topps v. State*, 865 So. 2d 1253, 1258 (Fla. 2004).

AFFIRMED; PETITION DENIED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.

Maarten A. Peters, Estero, pro se.

Blanca Lorena Peters, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED